# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andre Christopher Bell | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A. | Movant | NO. 17-13230 JKF |
| vs. | | |
| Andre Christopher Bell | Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | Trustee | |

## **ORDER**

AND NOW, this        day of                , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified to permit Bank of America, N.A., and its successor in title to take possession and sell, lease, and otherwise dispose of the U 2015 Land Rover Range Rover Sport ("Vehicle"), bearing a VIN Number SALWR2TFXFA537952.

United States Bankruptcy Judge.

Andre Christopher Bell
1101 Cathedral Lane
Norristown, PA 19403

Stephen Matthew Dunne,
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532