United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13230-jkf
Andre Christopher Bell                                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Jun 22, 2017
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db              +Andre Christopher Bell,   1101 Cathedral Lane,   Norristown, PA 19403-5151
sp              +FRANCIS G. WENZEL,   MUNLEY LAW PC,   The Forum Plaza,   227 Penn Avenue,
                 Scranton, PA 18503-1921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:30    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:47
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2017 01:08:08    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: jennifer.macedo@gatewayonelending.com Jun 23 2017 01:07:21
                Gateway One Lending & Finance,   160 N Riverview Dr,   Suite 100,   Anaheim, CA 92808-2293
                                                                                          TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Andre Christopher Bell bestcasestephen@gmail.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance
           mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                          TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

In re: ANDRE CHRISTOPHER BELL )
   **Debtor(s)** )
  )   CHAPTER 7
GATEWAY ONE LENDING & )
FINANCE, LLC )   Case No.: 17-13230 (JKF)
   **Moving Party** )
  )   **Hearing Date:  6-21-17 at 9:30 AM**
  v. )
  )   11 U.S.C. 362
ANDRE CHRISTOPHER BELL )
   **Respondent(s)** )
  )
TERRY P. DERSHAW )
   **Trustee** )
  )

### ORDER ~~VACATING~~ MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

    Upon the motion of Gateway One Lending & Finance, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated as to the movant to pursue the movant's rights in the personal property described as a **2007 Aston Martin Vantage** bearing vehicle identification number SCFBB03B67GC03951  to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:  June 21, 2017

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon