United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13230-jkf
Andre Christopher Bell                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Jul 13, 2017
                            Form ID: pdf900        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
db              +Andre Christopher Bell,    1101 Cathedral Lane,    Norristown, PA 19403-5151
sp              +FRANCIS G. WENZEL,    MUNLEY LAW PC,    The Forum Plaza,    227 Penn Avenue,
                  Scranton, PA 18503-1921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Jul 14 2017 01:37:42     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA   19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2017 01:37:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2017 01:37:38     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: jennifer.macedo@gatewayonelending.com Jul 14 2017 01:37:18
                  Gateway One Lending & Finance,    160 N Riverview Dr,    Suite 100,    Anaheim, CA 92808-2293
                                                                                              TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Andre Christopher Bell bestcasestephen@gmail.com
              TERRY P. DERSHAW     td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Andre Christopher Bell | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br><br>vs. | Movant | NO. 17-13230 JKF |
| Andre Christopher Bell | Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | Trustee | |

## ORDER

AND NOW, this 12th day of July, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified to permit Bank of America, N.A., and its successor in title to take possession and sell, lease, and otherwise dispose of the U 2015 Land Rover Range Rover Sport ("Vehicle"), bearing a VIN Number SALWR2TFXFA537952.

United States Bankruptcy Judge.
Jean K. FitzSimon

Andre Christopher Bell
1101 Cathedral Lane
Norristown, PA 19403

Stephen Matthew Dunne,
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532