United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Andre Christopher Bell
    Debtor

Case No. 17-13230-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Aug 24, 2017
                     Form ID: 195      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db         +Andre Christopher Bell,    1101 Cathedral Lane,    Norristown, PA 19403-5151
sp         +FRANCIS G. WENZEL,    MUNLEY LAW PC,    The Forum Plaza,    227 Penn Avenue,
           Scranton, PA 18503-1921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: jennifer.macedo@gatewayonelending.com Aug 25 2017 01:17:23
           Gateway One Lending & Finance,    160 N Riverview Dr,    Suite 100,    Anaheim, CA 92808-2293
                                                                                                                                                                TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
       MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
       STEPHEN MATTHEW DUNNE    on behalf of Debtor Andre Christopher Bell bestcasestephen@gmail.com
       TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance
        ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                            TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Andre Christopher Bell : Case No. 17–13230–jkf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 24, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

31
Form 195